IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW M. SHECKTOR, *et al.*,            :
                      Plaintiff,            :            4:09-cv-1570
                               :
                v.            :            Hon. John E. Jones III
                               :
WAL-MART STORES, INC., *et al.*,            :
                    Defendants.            :

## ORDER

### March 16, 2010

**IT IS HEREBY ORDERED THAT:**

1.      Defendants' Unopposed Motion for Extension of Time to Complete

      Discovery (Doc. 32) is **GRANTED** to the following extent:

      a.     This case is hereby placed on the December, 2010 trial list and

           is stricken from the October, 2010 trial list.  The following case

           management deadlines apply:

               August 13, 2010           Discovery Cut-Off

               September 1, 2010         Dispositive Motions Cut-Off

               November 1, 2010 Pre-Trial Conference

               December 3, 2010         Jury Selection

2.      All previously ordered case management deadlines are **VACATED.**

1

s/ John E. Jones III
John E. Jones III
United States District Judge