IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW M. SHECKTOR, et al., | : | NO.:4:09cv1570 |
| Plaintiffs | : | Judge Jones |
| | : | |
| v | : | |
| WAL-MART STORES, INC. et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 16th day of June, 2010, upon consideration of the Motion for Extension of Trial Term (doc. 34), it is hereby ORDERED that the said Motion is GRANTED. This case shall be removed from the December 2010 trial term and placed on the February 2010 term. The case management deadlines are modified in accordance with the Court's calendar and are now as follows:

| | |
|---|---|
| 9/3/10 | Plaintiff's expert reports |
| 9/21/10 | Defendant's expert reports. |
| 10/15/10 | Discovery cut off. |
| 11/3/10 | Dispositive Motions deadline. |
| 1/4/11 | Pretrial conference - time to be determined. |
| 2/2/11 | Jury Selection at 9:30 a.m. |

BY THE COURT

s/ John E. Jones III
John E. Jones III
United States District Court