IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW M. SHECKTOR, *et al.*, | : | |
| Plaintiff, | : | 4:09-cv-1570 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WAL-MART STORES, INC., *et al.,* | : | |
| Defendants. | : | |

## ORDER

**August 10, 2010**

**IT IS HEREBY ORDERED THAT:**

1. The Joint Motion for Enlargement of Time to Complete Discovery (Doc. 36) is **GRANTED** to the following extent:

    a. This case is hereby placed on the April 2011 trial list and is stricken from the February 2011 trial list. The following case management deadlines apply:

    | | |
    |---|---|
    | December 15, 2010 | Discovery Cut-Off |
    | January 4, 2011 | Dispositive Motions Cut-Off |
    | March 1, 2011 | Pre-Trial Conference |
    | April 4, 2011 | Jury Selection |

2. All previously ordered case management deadlines are **VACATED.**

          s/ John E. Jones III
          John E. Jones III
          United States District Judge