## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW M. SHECKTOR and | : | CIVIL ACTION |
| JEAN B. MARSHMAN | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. and | : | |
| LOUISVILLE LADDER, INC. | : | NO. 4:09-cv-1570 |

## STIPULATION OF COUNSEL TO EXTEND TIME
## TO COMPLETE DISCOVERY

**AND NOW**, this 3rd day of December, 2010, Philip J. Berg, Esquire, counsel for Plaintiffs Andrew Shecktor and Jean B. Marshman, and J. Michael Kunsch, Esquire, counsel for Defendants, Louisville Ladder, Inc. and Wal-Mart Stores East, L.P. (incorrectly designated as Wal-Mart Stores, Inc.), hereby Stipulate to the entry of the attached Order to extend time to complete discovery.

**LAW OFFICES OF PHILIP J. BERG**          **SWEENEY & SHEEHAN, P.C.**

s/ Philip J. Berg                                      s/ J. Michael Kunsch
Philip J. Berg, Esquire                              J. Michael Kunsch, Esquire
Attorney for Plaintiffs                               Attorney for Defendants


**BY THE COURT:**

s/ John E. Jones III
_____
          John E. Jones, III
          United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW M. SHECKTOR and<br>JEAN B. MARSHMAN | : | CIVIL ACTION |
| | : | |
| v. | : | Hon. John E. Jones, III |
| | : | |
| WAL-MART STORES, INC. and<br>LOUISVILLE LADDER, INC. | : | NO.   4:09-cv-1570 |

## ORDER

**AND NOW**, this 3rd day of December     , 2010, upon consideration of the

Stipulation of Counsel to Extend Time to Complete Discovery, it is hereby

**ORDERED AND DECREED** as follows:

1.     This case is stricken from the April, 2011 trial list and is placed on the

September, 2011 trial list.

2.     The following case management deadlines apply:

| | |
|---|---|
| Plaintiffs' expert reports | February 25, 2011 |
| Defendants' expert reports | March 23, 2011 |
| Depositions of experts | March 31, 2011 |
| Discovery Cut-Off | March 31, 2011 |
| Dispositive Motions | May 2, 2011 |
| Pre-Trial Conference | August 1, 2011 |
| Jury Selection | September 2, 2011 |

3.      Defendants' Motion to Preclude Plaintiffs from Offering Expert Testimony

(Doc. No. 41) and Defendants' Motion to Extend Time for Defendants to Serve Expert

Disclosures (Doc. No. 43) are hereby **DENIED** as moot.

4.      All previously ordered case management deadlines are hereby vacated.

### BY THE COURT:

s/ John E. Jones III
John E. Jones III
United States District Judge