# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW M. SHECKTOR and JEAN B. MARSHMAN | : | CIVIL ACTION |
| v. | : | Hon. John E. Jones, III |
| LOUISVILLE LADDER, INC. | : | NO. 4:09-cv-1570 |

## ORDER

**AND NOW**, this 20th day of May, 2011, upon consideration of the Stipulation of Counsel to Extend Time to Complete Expert Discovery, it is hereby **ORDERED AND DECREED** that the deadline for Defendant, Louisville Ladder, Inc., to serve its expert disclosures established in the March 10, 2011 Scheduling Order is hereby extended until June 30, 2011.

**BY THE COURT:**

s/ John E. Jones III
John E. Jones III
United States District Judge