IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW M. SHECKTOR, *et al.*, | : | |
| Plaintiff, | : | 4:09-cv-1570 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WAL-MART STORES, INC., *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

## **June 13, 2011**

Plaintiffs shall file a response to the Defendants' Motion to Compel the Deposition of Plaintiffs' Liability Expert and Full Expert Disclosures (Doc. 57) within five (5) business days of the date of this Order.

s/ John E. Jones III
John E. Jones III
United States District Judge

1