IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW M. SHECKTOR, *et al.*, | : | |
| Plaintiff, | : | 4:09-cv-1570 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WAL-MART STORES, INC., *et al.*, | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 23rd day of June, 2011, upon consideration of the Motion of Defendant, Louisville Ladder, Inc., to Compel the Deposition of Plaintiff's Liability Expert, Richard Hughes, P.E., and Full Expert Disclosures from Plaintiffs,[1] it is hereby

**ORDERED AND DECREED** that the said Motion is hereby **GRANTED** as follows:

1. Plaintiffs shall produce Richard Hughes, P.E., for deposition within ten (10) days of the date of this Order or Mr. Hughes shall be precluded from testifying in this matter;

2. Plaintiff shall serve full expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(B) within five (5) days of the date of this Order or be

---

[1] Despite being given an opportunity to file an opposition to the Defendants' Motion, Plaintiff did not file a responsive submission.

      precluded from offering any expert testimony at the trial of this matter;

3.     Plaintiffs shall pay sanctions in the amount of $1,000.00 to Defendant within five (5) days of the date of this Order.

4.     Plaintiffs are cautioned that further violations of this Court's Orders and/or the Rules of Civil Procedure will result in harsher sanctions.

                                             s/ John E. Jones III
                                             John E. Jones III
                                             United States District Judge