Philip J. Berg, Esquire
Pennsylvania I.D. 9867
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
E-mail: philjberg@gmail.com          *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW M. SHECKTOR and : | |
| JEAN B. MARSHAMAN, : | |
| : | CIVIL ACTION NUMBER: |
| Plaintiffs, : | |
| vs. : | |
| : | **No.** 4:09-cv-01570-JEJ |
| LOUISVILLE LADDER, INC., : | |
| : | |
| Defendant. : | |
| : | |

## **STIPULATION**

**AND NOW,** this 20th day of September, 2011, it is hereby stipulated and agreed by and between Philip J. Berg, Esquire, counsel for Plaintiffs, Andrew Shecktor and Jean B. Marshman and J. Michael Kunch, Esquire, counsel for Defendant Louisville Ladder, Inc. a fourteen (14) day continuance for Plaintiffs to answer Defendant's Motion for Summary Judgment.

Defendant filed a Motion for Summary Judgment on or about August 30, 2011. Plaintiffs' response, if any, is due on or before September 21, 2011.

Plaintiffs' counsel sought a continuance due to the fact he had been out-of-town and experiencing severe medical complications. Defendant through counsel agreed to the continuance.

Therefore, it is hereby stipulated that Plaintiffs response to Defendants Motion for Summary Judgment is due on or before Wednesday, October 5, 2011.

**LAW OFFICES OF PHILIP J. BERG**

Dated:  September 20, 2011      /s/ Philip J. Berg
Philip J. Berg, Esquire
Attorney for Plaintiffs

**SWEENEY & SHEEHAN, P.C.**

Dated September 20, 2011        /s/ J. Michael Kunsch
J. Michael Kunsch
Attorney for Defendant

BY THE COURT:

_____
                                J.